1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

It is obvious the Defendant needs supervision and this Board feels by serving his time at Swan River Youth Camp he will get the supervision he needs.

We wish to thank Morris Braden, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Fourth Judicial District, County of Missoula. STATE OF MONTANA, Plaintiff, vs. JAY LEE GATES, Defendant.

## DECISION

No. 5641

The application of the above-named defendant for a review of the sentence of 20 years; Dangerous imposed on April 10, 1981, was fully heard and after a careful consideration of the entire matter is is decided that:

The sentence be amended to 10 years with 5 years suspended.

The Defendant shall remain designated Dangerous.

The imposition of a 20-year sentence is excessive considering the nature of the crime the Defendant was charged with.

We wish to thank Ken Grenfell, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18 day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Fourt Judicial District, County of Missoula. STATE OF MONTANA, Plaintiff, vs. DANIEL LEROY VAN DE BOGART, Defendant.

## DECISION

No. 5856

The application of the above-named defendant for a review of the sentence of 20 years-Dangerous imposed on February 26, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: